```
                                        RECEIPT #_____
                                        AMOUNT $   N/A
                                        SUMMONS ISSUED   N/A
            UNITED STATES DISTRICT COURT LOCAL RULE 4.1_____
            FOR THE DISTRICT OF MASSACHUSETTS WAIVER FORM_____
                                        MCF ISSUED_____
                                        BY DPTY. CLK.   m
                                        DATE   9-14-04
```

|  |  |
|---|---|
| DAN MEDINA, <br>     Plaintiff, <br><br> v. <br><br> THOMAS REILLY, <br> Attorney General, et al., <br>     Defendants. | Civil No. <br><br> **04cv11983 RWZ** <br><br> MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Named defendant Paula D. Silsby, United States Attorney for the District of Maine states as follows:

1. Paula D. Silsby, the United States Attorney for the District of Maine, and an employee of the United States Department of Justice, has been named as a defendant in a civil action now pending in the Superior Court for Worcester County Massachusetts, Civil No. WOCV 2004-01468, entitled <u>Dan Medina, Plaintiff, v. Thomas Reilly et al., Defendants</u>. To Counsel's knowledge, no hearing is presently scheduled.

2. The above-entitled action appears to have been commenced on or about July 28, 2004. A copy of the Complaint was mailed to the Office of the United States Attorney for the District of Maine on August 9, 2004 and received August 10, 2004. A certified copy of the Complaint is attached as Exhibit A. A Certification, pursuant to 28 U.S.C. § 2679, is attached, certifying that Paula D. Silsby, an employee of the Department of Justice, was acting within the scope of her employment as an

employee of the United States at the time of the events alleged in the Complaint.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442, 1346 and 2679(d) because plaintiff's action is one properly made against the United States in which the district court has original jurisdiction and the accompanying certification has been made.

WHEREFORE, this action now pending in the Superior Court of Worcester County Massachusetts, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442, 1346 and 2679(d).

Respectfully submitted,

_____
Damian Wilmot, Assistant U.S.
Attorney, District of Massachusetts
John Joseph Moakley Fed. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3398

Halsey B. Frank, Special Assistant
U.S. Attorney, District of Massachusetts
100 Middle Street Plaza
Portland, Maine 04102
207-771-3251

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, and Notice of Filing of Notice of Removal of a Civil Action with Verification has been made by mailing copies thereof to:

>Dan Medina, #79648
>Maine State Prison
>857 Cushing Road
>Warren, Maine 04864
>
>Thomas Reilly, Attorney General
>JW McCormack Building
>One Ashburton Place
>Boston, MA   02108
>
>Mitt Romney
>Office of the Governor
>State House, Room 360
>Boston, MA   02133
>
>Martin Magnusson, Commissioner
>Maine Department of Corrections
>State House Station 11
>Augusta, ME   04333
>
>Kathleen Dennehy, Commissioner
>Department of Corrections Headquarters
>50 Maple Street, Suite 3
>Milford, MA   01757

Dated: September 13, 2004

_____
Halsey B. Frank
Special Assistant United
States Attorney for the
District of Massachusetts
100 Middle Street Plaza
Portland, Maine 04101
207-771-3251

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT Worcester Division | DOCKET NUMBER 04-1468C |
|---|---|---|

**PLAINTIFF(S)**
DAN MEDINA

**DEFENDANT(S)**
Thomas Reilly (AG), Mitt Romney (Governor), Paula S. Isby (us), Martin Mosaucco (comm'y), Kathleen Dennis (Maike) (Comm'l of Mass)

**ATTORNEY(S) FIRM NAME, ADDRESS AND TEL)**
Pro-Se

**ATTORNEY(S) (if known)**

**Board of Bar Overseers # (Required)**

FILED
JUL 28 2004
[signature] CLERK

**Place an [X] in one box only:** ORIGIN CODE AND TRACK DESIGNATION

- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup. Ct. c231, s. 104 (F)
- [ ] 3. F03 Retransfer to Sup. Ct. c231, s. 102C (X)
- [ ] 4. F04 District Ct. Appeal c231, s. 97 (X)
- [ ] 5. F05 Reactivated after Rescript; Relief from judgment/order (Mass. R Civ. P. 60 (X)
- [ ] 6. E10 Summary process appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)**

CODE NO. E17   TYPE OF ACTION (specify) 42 USC § 1983, 85, 86 civil rights action
Corruption, racism, conspiracy, 14th Amendment of United States violation
TRACK (F)   IS THIS A JURY CASE? [X] Yes [ ] No

**1. PLEASE GIVE A CONCISE STATEMENT OF THE FACTS:** (Required in ALL Types of Actions)

Defendants was engaged in misconduct and coverup in conspiracy they don't pretend investigated the failure to their duties discriminated and caused me emotional distress

**2. IN A CONTRACT ACTION (CODE A) OR A TORT ACTION (CODE B) STATE, WITH PARTICULARITY, MONEY DAMAGES WHICH WOULD WARRANT A REASONABLE LIKELIHOOD THAT RECOVERY WOULD EXCEED $25,000:**

I respectfully request for the sum of $500,000 dollars compensation against each defendants for false implications, damages and emotional distress

**3. PLEASE IDENTIFY, BY CASE NUMBER, NAME AND DIVISION, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.**

EXHIBIT

**SIGNATURE OF ATTORNEY OF RECORD OR PLAINTIFF**
Daniel [signature]

DATE 7/28/04

**OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**
**DISPOSITION**

A. Judgment Entered
- [ ] 1. Before jury trial or non-jury hearing
- [ ] 2. During jury trial or non-jury hearing
- [ ] 3. After jury verdict
- [ ] 4. After court finding
- [ ] 5. After post trial motion

B. No Judgment Entered
- [ ] 6. Transferred to District Court under G.L. c.231, s.102C.
Disposition Date _____

RECEIVED
BY:
DATE
DISPOSITION ENTERED
BY:
DATE:

WORCESTER SS

DAN MEDINA

V.S

THOMAS REILLY
ATTORNEY GENERAL
OF MASSACHUSETTS

MITT ROMNEY
GOVERNORS OF
MASSACHUSETTS

PAULA D. SILSBY
U.S. ATTORNEY
OF MAINE

MARTIN MAGNUSSON
COMMISSIONER OF DEPT
CORRECTION OF MAINE
AND
KATHLEEN M. DENNEHY
COMMISSIONER OF DEPT
CORRECTION OF MASS.
DEFENDANTS

COMMONWEALTH OF MASSACHUSSETTS

A true copy by photostatic process
Attest: [signature]
Asst. Clerk

CIVIL ACTION
NO 04-1468 C

JURY TRIAL DEMANDED.

RECEIVED
JUL 28 2004
CLERK OF COURTS
WORCESTER COUNTY

COMPLAINT

STATEMENTS:

THIS IS A CIVIL RIGHTS ACTION BY DAN MEDINA A STATE PRISONER FOR DAMAGES, FORGERY CORRUPTION, DISCRIMINATION, RELIEF UNDER 42 USC. 1983, 86, 85, INJUNCTIVE RELIEF. VIOLATION OF EQUAL PROTECTION CLAUSE, UNDER 14th AMENDMENT OF UNITED STATES CONSTITUTION. CONSPIRANCY AND UNDER THE COLOR OF THE LAW.

PARTIES

1) DEFENDANTS: REILLY, ROMNEY AND SILSBY: ARE IN CHARGE AND RESPONSIBLE TO INVESTIGATED CORRUPTION AND FRAUD INSIDE THE DEPT OF CORRECTION OF MASS AND MAINE AND EFFORD THE LAW PROSECUTED THEM AND BRING THEM TO JUSTICE. THEY FAIL TO EFFORD THE LAW. THEY ARE SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES.

2) DEFENDANTS: MAGNUSSON AND DENNEHY: THEY ARE COMMISSIONER OF MASS AND MAINE THEY ENGAGE FOR FRAUD AND FORGERY USING D.O.B. 1-23-56 IN MY CASE OUTSIDE OF THE CRIMINAL RECORDS IN ORDER TO DEFRAUD THE STATE AND KEEP ME FALSELY IN PRISON. THEY ARE SUED IN THEIR OFFICIALS AND INDIVIDUALS CAPACITIES.

FACT ISSUE

THEY DEFENDANTS ENGAGED IN COVER UP CORRUPTION, FORGERY CONSPIRACY AND RACISM. THEY FAILURE TO THEIR DUTIES VIOLATED MY CONSTITUTIONAL RIGHTS

RELIEF PRAYER

7/28/04 I RESPECTFULLY REQUEST THE SUM OF $500,000 DOLLARS COMPENSATORY AGAINST EACH DEFENDANTS FOR DAMAGES, FALSE IMPRISONER, AND EMOTIONAL DISTRESS

THANK YOU

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN MEDINA,
    Plaintiff,

v.                          Civil No.

THOMAS REILLY,
Attorney General, et al.,
    Defendants.

## CERTIFICATION

I, Paula D. Silsby, the United States Attorney for the District of Maine, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.3, hereby certify that I have read the Complaint in the above civil action. On the basis of the information now available with respect to the incidents alleged therein, I certify that I was acting within the scope of my authority as an employee of the United States at the time of such alleged incidents.

Dated: *September 13, 2004*

*Paula D. Silsby*
PAULA D. SILSBY
United States Attorney
District of Maine