UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN MEDINA,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS REILLY, Attorney General;<br>MITT ROMNEY, Governor;<br>PAULA D. SILSBY, U.S. Attorney of Maine;<br>MARTIN MAGNUSSON, Commissioner<br>of Department of Correction of Maine;<br>and<br>KATHLEEN M. DENNEHY, Commissioner<br>of Department of Correction of Massachusetts,<br><br>      Defendants. | Civil Action<br>No.<br><br>Formerly<br>Worcester Superior Court<br>Civil Action No. 04-01468-C<br><br>04-11983 RWZ |

## UNITED STATES' NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, Paula D. Silsby, United States Attorney for the District of Maine. Special Assistant U.S. Attorney Halsey B. Frank will remain as lead counsel for the defendant in the above-captioned matter.

_____
Damian W. Wilmot
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3398

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

_____
Assistant U.S. Attorney