Att: Clerk; Commonwealth of Massachusetts
United States
District Court of
Massachusetts
John Joseph Moakley
Court House
1 Court House Way-Suit
Boston MA 02210

September 20, 2004

C.C. to all Defendants, Reilly, Romney, Silsby, Magnusson and Dennehy

DAN MEDINA
plaintiff
V.

THOMAS REILLY
ATTORNEY GENERAL MASS
MITT ROMNEY, GOVERNOR MASS
PAULA D. SILSBY, US ATTORNEY MAINE
MARTIN MAGNUSSON Commissioner Dept Correction Maine
AND KATHLEEN M. DENNEHY,
Commissioner Dept Correction of Mass.
Defendants

CIVIL NO:
04 CV 11983 RWZ

Opposition to Defendants' motion to

## DISMISS    GROUND

Defendants, Federal and State Employees violated plaintiff's Federal and State Constitutional Rights, conspire for the purpose of deprived plaintiff of Equal Protection of the law, 14th Amendment of United State Constitutional Rights of a Citizen of the United States. Defendants, Reilly, Romney, Silsby, Magnusson and Dennehy they are responsible for the safety and security of prisoner under their care, of Maine & Mass. State Prison and investigated abuses and Civil Rights violation and possible harm by "State Actor" done by states employees, The Warden Jeffrey D. Merrill of Maine State Prison, is allowing Sgt. Mendez to abuses of his authorities, result of several complaints, show a clearly failure of defendants to theirs duties to protected and service. Sgt. Mendes used threat, intimidation and coercion, his conduct hostile unprofessional who engaged of Civil Rights violation, inflict repeat mistreatment shocked and sickened behavior that caused me emotional distress and the defendants failure to acted. Motion of Defendants should be denied by this Honorable Court and granted plaintiff monetary relief.