UNITED STATES DISTRICT COURT   FILED
FOR THE DISTRICT OF MASSACHU~~SETTS~~ CLERKS OFFICE

2004 SEP 23  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAN MEDINA,                      )
      Plaintiff,              )
                          )    CIVIL ACTION
     v.                          )    NO. #04-11983-RWZ
                          )
THOMAS REILLY,                   )
Attorney General, et al.,        )
      Defendants.             )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified

or attested to copies of the state court pleadings received from

the Clerk of the Superior Court, Worcester County, were filed

with the United States District Court.

                         MICHAEL J. SULLIVAN,
                         UNITED STATES ATTORNEY

       BY:   _____
                     Damian W. Wilmot
                     Assistant U. S. Attorney
                     U.S. Courthouse - Suite 9200
                     1 Courthouse Way
                     Boston, MA   02210
                     (617) 748-3398

                     _____
                     Halsey B. Frank

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on
SEPTEMBER 23, 2004.
_____
Assistant U.S. Attorney

                     Special Assistant U.S. Attorney,
                     District of Massachusetts
                     U.S. Attorney's Office
                     100 Middle Street Plaza
                     Portland, Maine 04102
                     207-771-3251

MAS-20040909
mony

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
Case Summary
Civil Docket

09/20/2004
03:20 PM

FILED
IN CLERKS OFFICE

**WOCV2004-01468**
**Medina v Reilly Attorney General, et al** 2004 SEP 23  A II: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/28/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 09/20/2004 | **Session** | C - Civil C (16 Worcester) | | |
| **Origin** | 1 | **Case Type** | E17 - Civil Rights Act (12.011H-1) | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 10/26/2004 | **Answer** | 12/25/2004 | **Rule12/19/20** | 12/25/2004 |
| **Rule 15** | 10/21/2005 | **Discovery** | 09/16/2006 | **Rule 56** | 11/15/2006 |
| **Final PTC** | 03/15/2007 | **Disposition** | 07/28/2007 | **Jury Trial** | Yes |

## PARTIES

**Plaintiff**
Dan  Medina
807 Cushing Road
Warren, ME 04864
Active 07/28/2004 Notify

**Defendant**
Thomas  Reilly Attorney General
Service pending 07/28/2004

**Defendant**
Mitt  Romney Governor
Service pending 07/28/2004

**Defendant**
Paula  Silsby US Attorney
State of Maine
Service pending 07/28/2004

**Associate Counsel 648693**
Damian Wilmot
US Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210
Phone: 617-748-3398
Fax: 617-748-3974
Active 09/15/2004 Notify

case01 116641 y y y y y y

Page 1 of 2

MAS-20040909

, mony

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
Case Summary
Civil Docket

09/20/2004
03:20 PM

## WOCV2004-01468
## Medina v Reilly Attorney General et al

**Defendant**
Martin Magnusson Commissioner
Department of Correction Maine
Service pending 07/28/2004

**Defendant**
Kathleen Dennehy Commissioner
Department of Correction of Massachusetts
Service pending 07/28/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/28/2004 | 1.0 | Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs, allowed subject to review by Judge (IMPOUNDED) |
| 07/28/2004 | 2.0 | Complaint & civil action cover sheet and jury claim filed |
| 07/28/2004 | | Origin 1, Type E17, Track A. |
| 07/28/2004 | 3.0 | Plaintiff Dan Medina's MOTION for service by regular first class mail. |
| 07/28/2004 | 4.0 | ORDER PURSUANT TO M.G.L. c 261, s. 29, TO COMMISSIONER OF CORRECTION OR COUNTY SHERIFF TO PROVIDE CERTAIN INFORMATION REGARDING INMATE ACCOUNT RELATIVE TO PLAINTIFF'S MOTION TO WAIVE FILING FEE AND PROCEED IN FORMA PAUPERIS re: prisoner Dan Medina canteen account (John S. McCann, Justice (RAJ)) |
| 08/06/2004 | | Dan Medina Canteen Account filed |
| 09/15/2004 | 5.0 | Notice for Removal to the United States District Court filed by Paula Silsby US Attorney |
| 09/20/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 09/01/2004 | Civil C (16 Worcester) | Status: administrative check for canteen account | Event held as scheduled |

A true copy by photostatic process
Attest:
Asst. Clerk

**CIVIL ACTION COVER SHEET**

Trial Court of Massachusetts
SUPERIOR COURT DEPARTMENT
Worcester _____ Division

DOCKET NUMBER
04-1468C

PLAINTIFF(S)
DAN MEDINA

DEFENDANT(S) Thomas Reilly (Att Gen)
mitt Romney (Governer), paula S. Silsby (US Attorney)
martin Magnucco (Commisy kathleen Dennoy
maire) (Commis'l of Mass

ATTORNEY(S) FIRM NAME, ADDRESS AND TEL)

Pro-se

ATTORNEY(S) (if known)

**FILED**

Board of Bar Overseers # (Required)

JUL 28 2004
_____
CLERK

## ORIGIN CODE AND TRACK DESIGNATION

Place an ☒ in one box only:

- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup. Ct. c 231, s. 104 (F)
- ☐ 3. F03 Retransfer to Sup. Ct. c 231, s. 102C (X)

- ☐ 4. F04 District Ct. Appeal c 231, s. 97 (X)
- ☐ 5. F05 Reactivated after Rescript; Relief from judgment/order (Mass. R Civ. P. 60 (X)
- ☐ 6. E10 Summary process appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

CODE NO. E17    TYPE OF ACTION (specify) 42 USC 1983, 85, 86 civil rights action    TRACK (F)    IS THIS A JURY CASE? ☒ Yes ☐ No

corruption, racist, conspiracy, 14th Amendment of United States Vio 6th —

1. PLEASE GIVE A CONCISE STATEMENT OF THE FACTS: (Required in ALL Types of Actions)

Defendants was engaged in misconduct and coverup in conspiracy they dont perform investigated the failure to their duties disclminated and caused me emotional distress

2. IN A CONTRACT ACTION (CODE A) OR A TORT ACTION (CODE B) STATE, WITH PARTICULARITY, MONEY DAMAGES WHICH WOULD WARRANT A REASONABLE LIKELIHOOD THAT RECOVERY WOULD EXCEED $25,000:

I Respectfully request for the sum of 10 500,000 Dollars compensation against each defendants for false imprison, damages and emotional distress

3. PLEASE IDENTIFY, BY CASE NUMBER, NAME AND DIVISION, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

A true copy by photostatic process
Attest:
Asst. Clerk
DATE 7/28/04

SIGNATURE OF ATTORNEY OF RECORD OR PLAINTIFF

**OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**

**DISPOSITION**

A. Judgment Entered
- ☐ 1. Before jury trial or non-jury hearing
- ☐ 2. During jury trial or non-jury hearing
- ☐ 3. After jury verdict
- ☐ 4. After court finding
- ☐ 5. After post trial motion

B. No Judgment Entered
- ☐ 6. Transferred to District Court under G.L. c.231, s.102C.
Disposition Date _____

RECEIVED
BY:
DATE
DISPOSITION ENTERED
BY:
DATE:

WORCESTER S.S

COMMONWEALTH OF MASSACHUSSETTS

DAN MEDINA

V.S

THOMAS REILLY
ATTORNEY GENERAL
OF MASSACHUSETTS

MITT ROMNEY
GOVERNORS OF
MASSACHUSSETTS

PAULA D. SILSBY
U.S. ATTORNEY
OF MAINE

MARTIN MAGNUSSON
COMMISSIONER OF DEPT
CORRECTION OF MAINE
AND
KATHLEEN M. DENNEHY
COMMISSIONER OF DEPT
CORRECTION OF MASS.
DEFENDANTS

A true copy by photostatic process
Attest: [signature]
Asst. Clerk

CIVIL ACTION
N°04-1468 C

JURY TRIAL DEMANDED.

COMPLAINT

**RECEIVED**
JUL 28 2004
CLERK OF COURTS
WORCESTER COUNTY

STATEMENTS:

THIS A CIVIL RIGHTS ACTION by DAN MEDINA A STATE PRISONER FOR DAMAGES, FORGERY CORRUPTION, DISCRIMINATION, RELIEF UNDER 42 USG. 1983, 86, 85, INJUNCTIVE RELIEF. VIOLATION OF EQUAL PROTECTION CLAUSE, UNDER 14th AMENDMENT OF UNITED STATES CONSTITUTION. CONSPIRANCY AND UNDER THE COLOR OF THE LAW.

PARTIES

1) DEFENDANTS: REILLY, ROMNEY AND SILSBY: ARE IN CHARGE AND RESPONSIBLE TO INVESTIGATED CORRUPTION AND FRAUD INSIDE THE DEPT OF CORRECTION OF MASS AND MAINE AND EFFORD THE LAW PROSECUTED THEM AND BRING THEM TO JUSTICE, THEY FAIL TO EFFORD THE LAW. THEY ARE SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES.

2) DEFENDANTS: MAGNUSSON AND DENNEHY: THEY ARE COMMISSIONER OF MASS AND MAINE THEY ENGAGE ON FRAUD AND FORGERY USING D.O.B. 1-23-56 IN MY CASE OUTSIDE OF THE CRIMINAL RECORDS IN ORDER TO DEFRAUD THE STATE AND KEEP ME FALSELY IN PRISON. THEY ARE SUED IN THEIR OFFICIALS AND INDIVIDUALS CAPACITIES.

FACT ISSUE

THEY DEFENDANTS ENGAGED IN COVER UP CORRUPTION, FORGERY CONSPIRANCY AND RACISM. THEY FAILURE TO THEIR DUTIES VIOLATED MY CONSTITUTIONAL RIGHTS

RELIEF PRAYER

THEREFOR I RESPECTFULLY REQUEST THE SUM OF $500,000 DOLLARS COMPENSATORY AGAINST EACH DEFENDANTS FOR DAMAGES, FALSE IMPRISONER, AND EMOTIONAL DISTRESS
THANK YOU

COMMONWEALTH OF MASSACHUSETTS

WORCESTer, ss.

SUPERIOR COURT
CIVIL ACTION
No. 04-1468 C

DAN MEDINA

Plaintiff,

v.

THomas Reilly
Attorney General Et AL.

Defendants.

## MOTION OF PLAINTIFF FOR SERVICE BY REGULAR FIRST CLASS MAIL

Plaintiff, hereby moves this Court in order that service of Complaint be effected by regular

first class mail.  As grounds therefore, plaintiff states that ( )he is a prisoner currently confined at

MAINE PRISON and is indigent, as demonstrated by the attached Affidavit of Indigency.

In the alternative, plaintiff requests that service be effected by certified mail.

Respectfully submitted,

Date: 7/20/04

RECEIVED
JUL 2 8 2004
CLERK OF COURTS
WORCESTER COUNTY

A true copy by photostatic process
Attest:
Asst. Clerk

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET#: **WOCV2004-01468**

Dan Medina,
            Plaintiff(s)

    vs.

Thomas Reilly Attorney General, Mitt Romney Governor, Paula Silsby US Attorney, Martin Magnusson Commissioner, Kathleen Dennehy Commissioner,
            Defendant(s)


Department of Correction
State of Maine
807 Cushing Road
Warren, Maine 04864


## ORDER TO COMMISSIONER OF CORRECTION OR COUNTY SHERIFF TO PROVIDE CERTAIN INFORMATION REGARDING INMATE ACCOUNT RELATIVE TO PLAINTIFF'S MOTION TO WAIVE FILING FEE AND PROCEED IN FORMA PAUPERIS

The plaintiff in the above-captioned action has filed a motion to waive the filing fee

and court costs (normal) and to proceed in forma pauperis.

Pursuant to G.L. c261 s29, the correctional facility where the prisoner is currently

incarcerated shall file a document showing the current status of the plaintiff's canteen

account and savings account, if any, and the account activity for the past six (6) months.

The document shall be filed within thirty (30) days of the date of this order.


Dated at Worcester, Massachusetts this 29th day of July, 2004.

By the Court, (John S. McCann, Justice (RAJ))


BY: _____
                                Assistant Clerk


Copies mailed 07/29/2004

A true copy by photostatic process
Attest: _____
    Asst. Clerk

9/15/04

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 04-01468-C

DAN MEDINA,                                              )
                                                        )
           Plaintiff,                              )
                                                        )
    v.                                              )
                                                        )
THOMAS REILLY, Attorney General;                        )     REMOVED TO:
MITT ROMNEY, Governor;                                  )     U.S. DISTRICT COURT
PAULA D. SILSBY, U.S. Attorney of Maine;                )     DISTRICT OF
MARTIN MAGNUSSON, Commissioner                          )     MASSACHUSETTS
of Department of Correction of Maine;                   )     CIVIL ACTION #04-11983-RWZ
and                                                     )
KATHLEEN M. DENNEHY, Commissioner                       )
of Department of Correction of Massachusetts,           )
                                                        )
           Defendants.                             )

SEP 15 2004

## DEFENDANT PAULA D. SILSBY, U.S. ATTORNEY'S
## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on September 14, 2004, the Defendant, Paula

Silsby, United States Attorney for the District of Maine, by her attorney, Michael J.

Sullivan, United States Attorney for the District of Massachusetts, filed a Notice of

Removal of this action to the United States District Court for the District of

A true copy by photostatic process
Attest:
Asst. Clerk

-2-

Massachusetts. A copy of the certified Notice is attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY:  _____
Damian W. Wilmot
Assistant U. S. Attorney
United States Courthouse
  Suite 9200
1 Courthouse Way
Boston, MA   02210
(617) 748-3398
BBO #648693

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice Filing Notice of Removal to United States District Court for the District of Massachusetts has been made upon the following by depositing a copy in the United States mail, postage prepaid, this _____ day of September, 2004:

Dan Medina, #79648
Maine State Prison
857 Cushing Road
Warren, ME 04864

Thomas Reilly, Attorney General
JW McCormack Building
One Ashburton Place
Boston, MA   02108

Mitt Romney, Governor
Office of the Governor
State House, Room 360
Boston, MA   02133

-3-

Martin Magnusson, Commissioner
Maine Department of Corrections
State House Station 11
Augusta, ME    04333


Kathleen Dennehy, Commissioner
Department of Corrections Headquarters
50 Maple Street, Suite 3
Milford, MA    01757


Damian W. Wilmot
Assistant U.S. Attorney