UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAN MEDINA,  No. 04-CV-11983-RWZ
    Plaintiff,

    v.

THOMAS REILLY, et al.,
    Defendants.

## DEFENDANTS', THOMAS REILLY, MITT ROMNEY, AND KATHLEEN DENNEHY, MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Now come the defendants Thomas Reilly, Mitt Romney, and Kathleen Dennehy in the above matter and respectfully request that this Honorable Court dismiss plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The defendants Thomas Reilly, Mitt Romney, and Kathleen Dennehy attach hereto a memorandum of law in support of their motion.

    DEFENDANTS
    THOMAS REILLY, MITT ROMNEY,
    AND KATHLEEN DENNEHY,
    By their attorney,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Date: October 1, 2004    /s/ Daryl F. Glazer
    Daryl F. Glazer, Counsel
    Legal Division
    Department of Correction
    70 Franklin Street
    Suite 600
    Boston, MA  02110-1300
    (617) 727-3300, ext. 102
    BBO #567138