UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11983-RWZ

DAN MEDINA

v.

THOMAS REILLY, et al.

ORDER

October 26, 2004

ZOBEL, D.J.

    Plaintiff is a prisoner incarcerated at the Maine State Prison in Warren, Maine. He filed an action in the Massachusetts Superior Court against the Governor, Attorney General and Commissioner of Corrections of Massachusetts and against the United States Attorney and Commissioner of Corrections of Maine alleging corruption and violations of the rights of inmates in the prisons of both states. All defendants except the Commissioner of Corrections of Maine have moved to dismiss. The motions are allowed.

    The plaintiff's general allegations are unaccompanied by any facts from which one might discern the nature of defendants' alleged wrongful conduct. Since plaintiff is a prisoner in Maine, it is furthermore difficult to see how the Massachusetts defendants are even involved with plaintiff.

    The Maine defendants are not subject to personal jurisdiction in this court, and the complaint, again, alleges no facts of any conduct by the United States Attorney to

even suggest any wrongdoing by her.

The motions to dismiss are allowed. Judgment may be entered dismissing the complaint without prejudice against all defendants.[1]


|                  | /s/ Rya W. Zobel |
| ---------------- | ---------------- |
| DATE             | RYA W. ZOBEL     |
|                  | UNITED STATES DISTRICT COURT |

---

[1] Although the Commissioner of Corrections of Maine has not filed a dispositive motion, this court clearly does not have personal jurisdiction over him.