UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN MEDINA | |
| Plaintiff | CIVIL ACTION |
| V. | NO. 04-11983-RWZ |
| THOMAS REILLY ET AL | |
| Defendant | |

## JUDGMENT

ZOBEL, D. J.

In accordance with the ORDER entered 10/26/04;

JUDGMENT is entered for DISMISSING the complaint against all defendants.

By the Court,

10/26/04            s/ Lisa A. Urso
Date            Deputy Clerk